# EXHIBIT 1

**Image: 08.19.18.Blake-13    (Page 2 of 4)**
15 Jan 2019: Abaca Press ( Agent / France )                                  $2.20   50.00%   1.10 USD
23 Jan 2019: Imaj Arsivi Yayincilik Ltd Sti ( Agent / Turkey )   $2.25   50.00%   1.13 USD
23 Jan 2019: Imaj Arsivi Yayincilik Ltd Sti ( Agent / Turkey )   $2.25   50.00%   1.13 USD

**Image: 08.19.18.Blake-12    (Page 3 of 4)**
22 Oct 2018: Profimedia.CZ a.s. ( Agent / Czechia )                            $22.83   50.00%   11.41 USD
22 Oct 2018: Gallo Images Russia - Getty Images Russia ( Agent / Russia ) $5.96   50.00%   2.98 USD
22 Oct 2018: Gallo Images Russia - Getty Images Russia ( Agent / Russia ) $5.96   50.00%   2.98 USD

**Image: 08.19.18.Blake-37    (Page 4 of 4)**
19 Oct 2018: Just Jared ( Blog / United States of America )              $6.48   50.00%   3.24 USD
19 Oct 2018: Just Jared ( Blog / United States of America )              $6.48   50.00%   3.24 USD
19 Oct 2018: Just Jared ( Blog / United States of America )              $6.48   50.00%   3.24 USD
19 Oct 2018: Just Jared ( Blog / United States of America )              $6.48   50.00%   3.24 USD
23 Oct 2018: Hearst Digital Sub ( Miscellaneous / United States of America )   $12.54   50.00%   6.27 USD
22 Oct 2018: Profimedia.CZ a.s. ( Agent / Czechia )                      $6.56   50.00%   3.28 USD
14 Jan 2020: Aflo ( Agent / Japan )                                    $5.45    50.00%   2.72 USD