UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUIS YLLANES, <br><br> Plaintiff, <br><br> -against- <br><br> LORRAINE SCHWARTZ INC., <br><br> Defendant. | 20-cv-3963 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.

On August 19, 2020, the Court referred this matter to the assigned Magistrate Judge for settlement. Dkt. No. 19. The parties in this case have since informed the Magistrate Judge that they have reached a settlement. Accordingly, the case is hereby dismissed with prejudice, but with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

Dated:   New York, NY

   September 17, 2020

_____
JED S. RAKOFF, U.S.D.J.

1